STONEWALL INSURANCE CO. v.
    FORTRESS REINSURERS MANAGERS

No. 741P86.

Case below: 83 N.C. App. 263.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

STOUT v. STOUT

No. 26P87.

Case below: 83 N.C. App. 543.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

SUMMERS v. HOBBY

No. 758P86.

Case below: 83 N.C. App. 541.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

TAYLOR v. PARDEE HOSPITAL

No. 755P86.

Case below: 83 N.C. App. 385.

Petition by defendant (Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

TOWN AND COUNTRY CIVIC ORGANIZATION v.
    WINSTON-SALEM BD. OF ADJUSTMENT

No. 16P87.

Case below: 83 N.C. App. 516.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987. Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 7 April 1987.